**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 5 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE WARREN CREAMER, | No. 16-17220 |
| Plaintiff-Appellant, | D.C. No. 1:15-cv-00916-DAD-EPG |
| v. | |
| CITY OF TULARE, a Municipal Corporation and a Common Law City; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted June 26, 2017[**]

Before:      PAEZ, BEA, and MURGUIA, Circuit Judges.

Bruce Warren Creamer appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action alleging various federal and state law

violations.  We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Because Creamer has failed to address on appeal how the district court erred

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in dismissing his action, Creamer has waived his challenge to the district court's dismissal for failure to state a claim.  *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived.").

We do not consider arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We do not consider issues raised by Creamer in his brief that are not supported by argument.  *See Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1992).

We reject as unsupported by the record Creamer's contentions of judicial bias.

**AFFIRMED.**